# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RAYMOND CHARLES DOMANSKI, *et al.*,

        Plaintiffs,

vs.

ALPHATEC SPINE, INC., *et al.*,

        Defendants.

Case No.  2:12-cv-01505-LRH-CWH

**ORDER**

      This matter is before the Court on the parties' Stipulation and Order to Continue Deadline to Submit Proposed Discovery Plan and Scheduling Order (#11), filed September 17, 2012.  By way of this stipulation, the parties request an extension of the time to submit a proposed discovery plan and scheduling order under LR 26-1 until thirty (30) days after the Court enters a written decision on Plaintiff's pending motion to remand (#10).  Although styled as a request for an extension to submit the proposed discovery plan and scheduling order, the parties actually request a stay of discovery pending resolution of the identified motion.  Parties seeking a stay of discovery carry "the heavy burden of making a strong showing why discovery should be denied." *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011) (citing *Turner Broadcasting System, Inc. v. Tracinda Corp.*, 175 F.R.D. 554, 556 (D. Nev. 1997)).  The Court finds that the parties have not met that heavy burden at this time.  Indeed, the parties failed to bring a motion to stay discovery and did not provide any facts and arguments regarding why a stay of discovery is warranted in light of the pending motion to remand.

      Based on the foregoing and good cause appearing therefore,

      **IT IS HEREBY ORDERED** that parties' Stipulation and Order to Continue Deadline to Submit Proposed Discovery Plan and Scheduling Order (#11) is **denied**.

1   DATED this 18th day of September, 2012.

2

3

4   _____
   C.W. Hoffman, Jr.
5   United States Magistrate Judge